UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cv-0062-JAM-KJN |
| Plaintiff, | |
| v. | ORDER |
| RANDY KENT BARKER, et al., | |
| Defendants. | |

The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455. Accordingly, IT IS HEREBY ORDERED that the Clerk of Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required. Judge Mendez remains as the assigned district judge.

IT IS SO ORDERED.

Dated: June 19, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1