CAROLINE D. CIRAOLO
Acting Assistant Attorney General

G. PATRICK JENNINGS
CHRISTIAN MEJIA
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Telephone: (202) 305-7548
Email: guy.p.jennings@usdoj.gov
Email: Christian.Mejia@usdoj.gov

Benjamin B. Wagner
United States Attorney
Eastern District of California
*Of Counsel*

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:15-cv-00062 JAM DAD |
| Plaintiff, | ) |
| | ) **ORDER APPROVING STIPULATION** |
| v. | ) **BETWEEN THE UNITED STATES OF** |
| | ) **AMERICA AND CANYON OAKS** |
| RANDY KENT BARKER, CARL HANS, | ) **PROPERTY OWNERS** |
| NEWPORT CAPITAL RECOVERY | ) **ASSOCIATION, INC.** |
| GROUP II, BUILDERS SUPPY, | ) |
| CANYON OAKS PROPERTY | ) |
| OWNERS ASSOCIATION, INC., and | ) |
| BUTTE COUNTY TREASURER, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff, the United States of America ("United States"), and defendant Canyon

Oaks Property Owners Association, Inc. ("Canyon Oaks"), have jointly filed a Stipulation

regarding Canyon Oaks' interest in the real property at issue in this action. The

PROPOSED ORDER                                         1

Stipulation provides that the United States' federal tax liens have priority over the lien recorded by Canyon Oaks.

Pursuant to the Stipulation between the parties, IT IS HEREBY ORDERED:

(1) The Stipulation between the United States and Canyon Oaks Property Owners Association, Inc. is hereby approved;

(2) If the United States succeeds in obtaining from the Court an Order of Foreclosure and Judicial Sale of the real property at issue in this action, it shall submit to the Court a proposed order of sale consistent with the Stipulation; and

(3) The United States and Canyon Oaks shall each bear their own costs.

**IT IS SO ORDERED.**

DATED this 18th day of August, 2015

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE