CAROLINE D. CIRAOLO
Acting Assistant Attorney General

G. PATRICK JENNINGS
CHRISTIAN MEJIA
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Telephone: (202) 305-7548
Email: guy.p.jennings@usdoj.gov
Email: Christian.Mejia@usdoj.gov

Benjamin B. Wagner
United States Attorney
Eastern District of California
*Of Counsel*

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-cv-00062 JAM EFB |
| Plaintiff, ) | |
| v. ) | **STIPULATION BETWEEN THE UNITED STATES OF AMERICA AND CANYON OAKS PROPERTY OWNERS ASSOCIATION, INC., REQUEST FOR ORDER EXCUSING FURTHER PARTICIPATION, and ORDER** |
| RANDY KENT BARKER, CARL HANS, NEWPORT CAPITAL RECOVERY GROUP II, BUILDERS SUPPY, CANYON OAKS PROPERTY OWNERS ASSOCIATION, INC., and BUTTE COUNTY TREASURER, ) | |
| Defendants. ) | |

Plaintiff, the United States of America ("United States"), and defendant Canyon Oaks Property Owners Association, Inc. ("Canyon Oaks"), stipulate and agree as follows, and request an order excusing Canyon Oaks from further participation in the litigation.

(1) The United States filed this action to reduce assessments to judgment against the primary defendant, Randy Barker, and to enforce the federal tax lien against property held in the name of Mr. Barker and located at 3357 Summit Ridge Terrace, Chico, CA (the "Subject Property"), among other claims.

(2) Canyon Oaks was named as a defendant solely because it has an interest in the Subject Property. Specifically, on February 21, 2014, Canyon Oaks recorded a lien against Mr. Barker securing the payment of delinquent homeowner association fees, penalties, and interest then totaling $1,604.74 and pertaining to the Subject Property.

(3) The United States and Canyon Oaks have stipulated that the United States' federal tax liens have priority over the lien recorded by Canyon Oaks.

(4) The parties estimate that the claim of the United States is likely to exceed the value of the Subject Property.

(5) Mr. Barker is incarcerated and has served burdensome and frivolous discovery to Canyon Oaks. The discovery does not pertain to any issue actually in dispute in this case.

(6) Canyon Oaks agrees to be bound by the final judgment in this case, and agrees to make reasonable efforts to respond to informal discovery requests which are made in good faith, but would like to be excused from further participation in the litigation. The United States and Canyon Oaks jointly request an order providing that Canyon Oaks need not respond to any

discovery served in this matter and need not otherwise participate in the pretrial and trial, unless and until the Court orders otherwise.

The parties so stipulate and agree.

                                      CAROLINE D. CIRAOLO
                                      Acting Assistant Attorney General

Date:  February 17, 2016      */s/ G. Patrick Jennings*
                                      G. PATRICK JENNINGS
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice

Date:  January 20, 2016       */s/ Darren M. Bevan*
                                      DARREN M. BEVAN, ESQ.
                                      BAYDALINE & JACOBSEN LLP
                                      895 University Avenue
                                      Sacramento, California 95825-6724

                                      Attorneys for Canyon Oaks Prop. Owners Assoc., Inc.

     Pursuant to the foregoing Stipulation between the parties,

**IT IS HEREBY ORDERED THAT**:

Canyon Oaks need not respond to any discovery served in this matter and is excused from further participation in the pretrial and trial, unless and until the Court orders otherwise.

**IT IS SO ORDERED.**

     DATED this 17th day of February, 2016

                                      /s/ John A. Mendez
                                      JOHN A. MENDEZ,
                                      UNITED STATES DISTRICT COURT JUDGE