UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY KENT BARKER, et al.,<br><br>Defendants. | No. 2:15-cv-0062 JAM DB PS<br><br><br><br><br>ORDER |

Defendant Randy Barker is proceeding in this action pro se. Therefore, the matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). (ECF No. 59.) On December 12, 2018, the undersigned issued findings and recommendations recommending, in part, that plaintiff's motion for summary judgment be granted. (ECF No. 70.)

On January 9, 2019, defendant filed an ex parte request for a 60-day extension of time to file objections to those findings and recommendations. (ECF No. 72.) Defendant explains that the extension of time is necessary due to an area fire and the "Government Shutdown." (Id.) Good cause appearing, defendant's request will be granted.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's January 9, 2019 motion for an extension of time (ECF No. 72) is granted; and

2. Defendant shall file objections, if any, to the December 12, 2018 findings and recommendations on or before **March 1, 2019**.[1]

Dated: January 18, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/USvBarker0062.eot.ord

---

[1] Defendant is cautioned that the undersigned does not intend to grant any further extensions of time for this purpose absent a showing of good cause.