RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Randy Kent Barker; Carl Hans; Newport Capital Recovery Group II; Builders Supply; Canyon Oaks Property Owners Association, Inc.; and Butte County Treasurer;<br><br>Defendants. | No. 2:15-CV-00062-JAM-DB<br><br>**AMENDED ORDER TO WITHDRAW FUNDS AND DISBURSE** |

Funds were previously deposited with the Court pursuant to the Court's Order of Foreclosure and Judicial Sale (ECF No. 89) ($70,000, $285,000, $25,000, $192,000), representing the proceeds of the judicial sale of the subject real property in Butte County described in the Order of Foreclosure and Judicial Sale.

//

//

//

//

[Proposed] Amended Order to Withdraw Funds and Disburse        1

1   In accordance with the Order Confirming Sale (ECF No. 103), the funds previously
2   deposited with the Clerk of Court shall be withdrawn and disbursed as follows:
3   First, to the IRS, care of Gary Chapman, PALS, 1201 Pacific Avenue, Suite 550,
4   M/S W802, Tacoma, WA 94802, a check for **$852.30** for the expenses incurred in
5   connection with the judicial sale, payable to **INTERNAL REVENUE SERVICE**.
6   Second, to Butte County Treasurer, 25 County Center Drive, Suite 125, Oroville,
7   CA 95965, a check for the real property taxes due and owing with respect to the Subject
8   Property, Tax Assessor ID # 018-590-026-000, payable to **BUTTE COUNTY TAX**
9   **COLLECTOR**.  If the proceeds are distributed between June 1, 2020 and June 30, 2020,
10  a check for **$126,309.16** for real property taxes due and owing calculated through June 30,
11  2020.  If the proceeds are distributed between July 1, 2020 and July 31, 2020, a check for
12  **$127,256.79** for real property taxes due and owing calculated through July 31, 2020.  If
13  the proceeds are distributed between August 1, 2020 and August 30, 2020, a check for
14  **$128,107.63** for real property taxes due and owing calculated through August 30, 2020.  If
15  the proceeds are distributed between September 1, 2020 and September 30, 2020, a check
16  for **$129,066.85** for real property taxes due and owing calculated through September 30,
17  2020.  If the proceeds are distributed between October 1, 2020 and October 31, 2020, a
18  check for **$130,027.70** for real property taxes due and owing calculated through October
19  31, 2020.
20  Third, to the United States, care of William E. Thompson, Tax Flu, Office of
21  Review, U.S. Department of Justice, P.O. Box 310, Ben Franklin Station, Washington,
22  D.C. 20044-0310 (Physical address: 555 Fourth Street, NW, Room 6647, Washington,
23  DC 20001), a check for the remaining principal balance and all accrued interest, payable
24  to **UNITED STATES DEPARTMENT OF JUSTICE** and with a notation of "Randy K.
25  Barker" on the memo line.
26
27
28

1 **IT IS SO ORDERED.**

2 DATED this 15th day June, 2020

4 /s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE